# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re                                                                    Case No.   09–11213   ghb
                                                                         Chapter   7

                                                                 Adversary No.

Eihab Mohamed Suliman

Debtor(s).

### NOTICE OF HEARING COMBINED WITH RELATED INFORMATION
### RE FORM, MANNER AND SERVING OF NOTICE
### (APPLICABLE TO CHAPTER 7, 11, AND 12)

*7* – Motion for Relief from Stay in RE: Filing Fee Due $150 Filed by Charles C. Exum on behalf of National Board of Medical Examiners, Federation of State Medical Boards (Exum, Charles)

on April 16, 2009.

**NOTICE IS HEREBY GIVEN THAT:**

1. The hearing to consider the above shall be held on **May 13, 2009 at 09:30 AM in the United States Bankruptcy Court, 111 S Highland, Room 342, Jackson, TN 38301 , BUT ONLY IF an objection to such relief requested is filed by May 4, 2009   and served as required pursuant to L.B.R. 9013–1.**

   At the time of hearing, it may be continued or adjourned from time to time by oral announcement of the continued or adjourned date and time, without further written notice.

2. **A copy of this Notice of Hearing has been served by the Bankruptcy Noticing Center to the following entities:**
   **All Parties on Servicing List**

   **Service upon any party other than those who received service by the Bankruptcy Noticing Center as noted above shall be the responsibility of the moving party within five (5) days of receipt of this order pursuant to FED. R. BANKR. P. 2002, 9007, 9013, or 9014, and in the manner provided for service of a summons and complaint by FED. R. BANKR. P. 7004. The moving party herein (or attorney for moving party) within three (3) days after service shall file a certificate of service with the Bankruptcy Court Clerk, certifying notice of this order, motion, application, or Notice of Proposed Intent pursuant to FED. R. BANKR. P. 6004(a) and 6007(a).**

3. If no objection is filed by any creditor or interested party, including the debtor, by the date stated above in paragraph one, the movant shall promptly file a certificate in compliance with L.B.R. 9013–1 and the proposed order on such matter with the Bankruptcy Court for entry thereof, and there will not be a hearing conducted on the date stated in paragraph one above.

                                                                 **Jed G. Weintraub**
                                                                 **CLERK OF COURT**

                                                                 **BY:  Brenda Freeman**
                                                                 _____
                                                                   **Deputy Clerk**
                                                                 **DATE:  April 17, 2009**
                                                                 [combrelcco30]Order/Notice combined Rel 11–03

# CERTIFICATE OF NOTICE

```
District/off: 0651-1           User: brenda              Page 1 of 1           Date Rcvd: Apr 17, 2009
Case: 09-11213                 Form ID: combrel          Total Served: 1

The following entities were served by first class mail on Apr 19, 2009.
db           +Eihab Mohamed Suliman,   1774 Hwy 22,   Mc Kenzie, TN 38201-1102

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 19, 2009**                                **Signature:** _Joseph Speetjens_