# CHAPTER 7
# RECORD OF MEETING OF CREDITORS

Case Number: 09-11213

Debtor (1): Eihab Mohamed Suliman
Debtor (2):

Change of mailing address: _____

Setting Date:  05/12/09                                Time:  12:30 PM

|  | Debtor 1: | Debtor 2: |
|---|---|---|
| MEETING NOT CONDUCTED: | _____ | _____ |
| MEETING CONDUCTED/NOT CONCLUDED: | _____ | _____ |
| MEETING CONDUCTED AND CONCLUDED: | _____ | _____ |

Continuance Date: _____                         Time:  01:00PM

 CONTINUED RE: Debtor (1) Not present _____
        Debtor (2) Not present _____
 No proof of Social Security Number _____
 No Proof of Identification _____
 Social Security Number Incorrect _____
 Other Identification Issues (Explain) _____

---

COMPLETE IF APPLICABLE:

| | | |
|---|---|---|
| Amended Bankruptcy Caption Received: | Debtor (1) | Yes　No |
| | Debtor (2) | Yes　No |
| Proof of Identification Provided: | Debtor (1) | Yes　No |
| | Debtor (2) | Yes　No |
| Proof of Social Security Number Provided: | Debtor (1) | Yes　No |
| | Debtor (2) | Yes　No |

TRUSTEE COMMENTS: <u>recommend  dismissal</u>
_____

CHANGES IN SCHEDULES NEEDED: _____
_____

INTERIM TRUSTEE: JESSE FORD, III

 Election Required:  Yes  No
 Name of Trustee Elected:
 (A) Address:
 (B) Phone:
 (C) Disputed Election:  Yes  No
 (D) Bond Recommendation of Creditors: