**Dated: May 19, 2009**
**The following is SO ORDERED.**

_____
G. Harvey Boswell
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| EIHAB MOHAMED SULIMAN, ) | CASE NO. 09-11213 |
| ) | Chapter 7 |
| DEBTOR. ) | |

**AGREED ORDER EXTENDING DEADLINE TO FILE COMPLAINT**
**OBJECTING TO DISCHARGE OR DISCHARGEABILITY OF**
**SPECIFIC DEBT**

Based upon the agreement of the parties, It is hereby ORDERED, that the deadline to file a complaint to determine the dischargeability of the any claim of the National Board of Medical Examiners and/or the Federation of State Medical Boards which may ultimately arise out of the the pending copyright infringement litigation styled <u>National Board of Medical Examiners and Federation of State Medical Boards v. Optima University, LLC, Eihab Mohammad Suliman and John</u>

<u>Does No. 1 through 10</u>, Civil Action No. 09-1043-JDB shall be extended until

December 31, 2009.

The parties hereby agree to the terms of this Agreed Order and approve the same for entry.

**APPROVED FOR ENTRY:**

**FOR NBME and THE FEDERATION:**

RAINEY, KIZER, REVIERE & BELL, P.L.C.

<u>/s/ Charles C. Exum</u>
*Charles C. Exum, BPR No 014837
Attorney for National Board of Medical Examiners
 and Federation of State Medical Boards
105 South Highland Avenue
P O Box 1147
Jackson, TN 38301-1146
731-423-2414


**FOR DEBTOR:**

<u>/s/ Steven L. Lefkovitz</u>
Steven L. Lefkovitz
Lefkovitz and Lefkovitz
618 Church Street #410
Nashville, TN  37219


### Certificate of Service

Upon entry of this Order a copy will be served by the United States

Bankruptcy Court by regular mail or electronic mail to the following:

U.S, Trustee,
Debtor
Debtor's Attorney
Attorney for Creditor cexum@raineykizer.com

Submitted this 19th day of May, 2009.

RAINEY, KIZER, REVIERE & BELL, P.L.C.

By: /s/ Charles C. Exum
    Charles C. Exum, BPR No. 014837

Case 09-11213    Doc 15    Filed 05/20/09    Entered 05/20/09 10:59:09    Desc Main
Document    Page 3 of 3