**Dated: May 20, 2009**
**The following is SO ORDERED.**

_____
G. Harvey Boswell
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| IN RE: EIHAB MOHAMED SULIMAN, | Case No. 09-11213-GHB |
| Debtor(s). | Chapter 7 |

**ORDER DISMISSING CASE**
**COMBINED WITH NOTICE OF THE ENTRY THEREOF**

Based upon the Report and Recommendation for Dismissal of the United States Trustee as appended herein, Standing Order 05-0004, a review of the case record as a whole, and for good cause found, IT IS ORDERED that the above captioned case be and hereby stands DISMISSED.

**UNITED STATES TRUSTEE'S REPORT AND RECOMMENDATION FOR DISMISSAL**

The United States Trustee for Region 8, reports that the Debtor(s) failed to appear and submit to an examination under oath at the Meeting of Creditors held pursuant to 11 U.S.C. §§ 341 and 343. The Debtor(s) failed to comply with the relevant provisions of this Court's Standing Order No. 05-0004, as abrogating Standing Order No. 97-0001.

WHEREFORE, the U.S. Trustee recommends that this case be dismissed.

RICHARD F. CLIPPARD
UNITED STATES TRUSTEE, REGION 8

by:    /s/ Madalyn S. Greenwood, (TPR No. 12241)
Assistant U.S. Trustee
United States Department of Justice
Office of the United States Trustee
200 Jefferson Avenue, Suite 400
Memphis, Tennessee 38103
(901) 544-3211 / fax (901) 544-4138

Service of the Order: The Matrix