Form ntcdsm

# UNITED STATES BANKRUPTCY COURT

Western District of Tennessee

Case No.:  09–11213<br>
Chapter:  7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eihab Mohamed Suliman
   1774 Hwy 22
   Mc Kenzie, TN 38201

Social Security / Individual Taxpayer ID No.:
   xxx–xx–0776

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on  May 20, 2009

Dated: May 20, 2009

Jed G. Weintraub
Clerk, U.S. Bankruptcy Court

BY: Valeta Marcom
Deputy Clerk