Form ntcdsm

# UNITED STATES BANKRUPTCY COURT

Western District of Tennessee

Case No.: 09−11213
Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eihab Mohamed Suliman
   1774 Hwy 22
   Mc Kenzie, TN 38201

Social Security / Individual Taxpayer ID No.:
   xxx−xx−0776

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on May 20, 2009

Dated: May 20, 2009

                                            Jed G. Weintraub
                                            Clerk, U.S. Bankruptcy Court

                                            BY: Valeta Marcom
                                            Deputy Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0651-1          User: valeta                Page 1 of 1                  Date Rcvd: May 20, 2009
Case: 09-11213                Form ID: ntcdsm             Total Served: 20

The following entities were served by first class mail on May 22, 2009.
db           +Eihab Mohamed Suliman,    1774 Hwy 22,    Mc Kenzie, TN 38201-1102
cr           +Federation of State Medical Boards,     400 Fuller Wiser Road, Ste. 300,    Euless, TX 76039-3856
cr           +National Board of Medical Examiners,    3750 Market Street,    Philadelphia, PA 19104-3190
29180433     +AUSA/IRS,    Attn: Jimmy L. Croom,     109 S. Highland Ave., Room 300,    Jackson, TN 38301-6145
29179645     +Bank of America,    Po Box 17054,    Wilmington, DE 19884-0001
29179646     +Education Resources Institute,    31 St James, Ste 950,    Park Square Bldg,
               Boston, MA 02116-4109
29179647     +HOME DEPOT,    PO BOX 9100,    DES MOINES IA 50368-0001
29179648     +Hudson County Special,    595 Newark Ave,    Jersey City, NJ 07306-2394
29179651     +New Century Financial Service,    110 S Jefferson Rd,    Ste 104,    Whippany, NJ 07981-1038
29179652     +Palisades Collection, LLC,    210 Sylvan Ave,    Englewood Cliffs, NJ 07632-2524
29179653     +Reallinx,    PO Box 840527,    Dallas, TX 75284-0527
29179656     +TN DEPT LBR WRK FRC DEV,    C/O TN ATTY GEN BK UNIT,    PO BOX 20207,    NASHVILLE, TN 37202-4015
29179657     +TN DEPT REVENUE,    C/O TN ATTY GEN BK UNIT,    PO BOX 20207,    NASHVILLE, TN 37202-4015
29179655     +Thrift Investment Corp,    720 King George Post Rd,    Fords, NJ 08863-1985
29180432     +U.S. Attorney,    c/o USDOJ Tax Division,    P.O. Box 14198,    Washington, DC 20044-4198
29179658     +Union County Special,    2 Broad St,    Elizabeth, NJ 07201-2202

The following entities were served by electronic transmission on May 20, 2009.
29179645     +EDI: BANKAMER2.COM May 20 2009 20:58:00      Bank of America,    Po Box 17054,
               Wilmington, DE 19884-0001
29180431      EDI: IRS.COM May 20 2009 20:58:00      Internal Revenue Service,    P.O. Box 21126,
               Philadelphia, PA 19114-0326
29179649      EDI: IRS.COM May 20 2009 20:58:00      IRS,    PO BOX 21126,    PHILADELPHIA PA 19114
29179650     +EDI: TSYS2.COM May 20 2009 20:58:00      Macys/FDSB,    9111 Duke Dr,    Mason, OH 45040-8999
29179654     +EDI: PHINRJMA.COM May 20 2009 20:58:00      RJM Acq., LLC,    575 Underhill Blvd,    Ste 2,
               Syosset, NY 11791-3426
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 22, 2009**                    **Signature:**    *Joseph Speetjens*