**Dated: May 19, 2009**
**The following is SO ORDERED.**

_____
G. Harvey Boswell
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| EIHAB MOHAMED SULIMAN, ) | CASE NO. 09-11213 |
| ) | Chapter 7 |
| DEBTOR. ) | |

**AGREED ORDER EXTENDING DEADLINE TO FILE COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY OF SPECIFIC DEBT**

Based upon the agreement of the parties, It is hereby ORDERED, that the deadline to file a complaint to determine the dischargeability of the any claim of the National Board of Medical Examiners and/or the Federation of State Medical Boards which may ultimately arise out of the the pending copyright infringement litigation styled <u>National Board of Medical Examiners and Federation of State Medical Boards v. Optima University, LLC, Eihab Mohammad Suliman and John</u>

<u>Does No. 1 through 10</u>, Civil Action No. 09-1043-JDB shall be extended until

December 31, 2009.

The parties hereby agree to the terms of this Agreed Order and approve the same for entry.

**APPROVED FOR ENTRY:**

**FOR NBME and THE FEDERATION:**

RAINEY, KIZER, REVIERE & BELL, P.L.C.

<u>/s/ Charles C. Exum</u>
*Charles C. Exum, BPR No 014837
Attorney for National Board of Medical Examiners
 and Federation of State Medical Boards
105 South Highland Avenue
P O Box 1147
Jackson, TN 38301-1146
731-423-2414


**FOR DEBTOR:**

<u>/s/ Steven L. Lefkovitz</u>
Steven L. Lefkovitz
Lefkovitz and Lefkovitz
618 Church Street #410
Nashville, TN  37219


<u>**Certificate of Service**</u>

Upon entry of this Order a copy will be served by the United States

Bankruptcy Court by regular mail or electronic mail to the following:

U.S, Trustee,
Debtor
Debtor's Attorney
Attorney for Creditor <u>cexum@raineykizer.com</u>

Submitted this 19th day of May, 2009.

RAINEY, KIZER, REVIERE & BELL, P.L.C.

By: /s/ Charles C. Exum
    Charles C. Exum, BPR  No. 014837

# CERTIFICATE OF NOTICE

```
District/off: 0651-1          User: valeta                Page 1 of 1              Date Rcvd: May 20, 2009
Case: 09-11213                Form ID: pdford02           Total Served: 2

The following entities were served by first class mail on May 22, 2009.
db          +Eihab Mohamed Suliman,   1774 Hwy 22,   Mc Kenzie, TN 38201-1102
cr          +National Board of Medical Examiners,   3750 Market Street,   Philadelphia, PA 19104-3190

The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 22, 2009**                    **Signature:** _Joseph Speetjens_