**Dated: May 20, 2009**
**The following is SO ORDERED.**

_____
**G. Harvey Boswell**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| IN RE: EIHAB MOHAMED SULIMAN, | Case No. 09-11213-GHB |
| Debtor(s). | Chapter  7 |

**ORDER DISMISSING CASE**
**COMBINED WITH NOTICE OF THE ENTRY THEREOF**

Based upon the Report and Recommendation for Dismissal of the United States Trustee as appended herein, Standing Order 05-0004, a review of the case record as a whole, and for good cause found, IT IS ORDERED that the above captioned case be and hereby stands DISMISSED.

**UNITED STATES TRUSTEE'S REPORT AND RECOMMENDATION FOR DISMISSAL**

The United States Trustee for Region 8, reports that the Debtor(s) failed to appear and submit to an examination under oath at the Meeting of Creditors held pursuant to 11 U.S.C. §§ 341 and 343.  The Debtor(s) failed to comply with the relevant provisions of this Court's Standing Order No. 05-0004, as abrogating Standing Order No. 97-0001.

WHEREFORE, the U.S. Trustee recommends that this case be dismissed.

RICHARD F. CLIPPARD
UNITED STATES TRUSTEE, REGION 8

by:   /s/ Madalyn S. Greenwood, (TPR No. 12241)
Assistant U.S. Trustee
United States Department of Justice
Office of the United States Trustee
200 Jefferson Avenue, Suite 400
Memphis, Tennessee 38103
(901) 544-3211 / fax (901) 544-4138

Service of the Order:  The Matrix

# CERTIFICATE OF NOTICE

District/off: 0651-1          User: valeta              Page 1 of 1              Date Rcvd: May 20, 2009
Case: 09-11213               Form ID: pdford02          Total Served: 20

The following entities were served by first class mail on May 22, 2009.
```
db          +Eihab Mohamed Suliman,   1774 Hwy 22,   Mc Kenzie, TN 38201-1102
cr          +Federation of State Medical Boards,   400 Fuller Wiser Road, Ste. 300,   Euless, TX 76039-3856
cr          +National Board of Medical Examiners,   3750 Market Street,   Philadelphia, PA 19104-3190
29180433    +AUSA/IRS,   Attn: Jimmy L. Croom,   109 S. Highland Ave., Room 300,   Jackson, TN 38301-6145
29179645    +Bank of America,   Po Box 17054,   Wilmington, DE 19884-0001
29179646    +Education Resources Institute,   31 St James, Ste 950,   Park Square Bldg,
             Boston, MA 02116-4109
29179647    +HOME DEPOT,   PO BOX 9100,   DES MOINES IA 50368-0001
29179648    +Hudson County Special,   595 Newark Ave,   Jersey City, NJ 07306-2394
29180431    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
             PHILADELPHIA PA 19114-0326
             (address filed with court: Internal Revenue Service,   P.O. Box 21126,
             Philadelphia, PA 19114-0326)
29179649    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
             PHILADELPHIA PA 19114-0326
             (address filed with court: IRS,   PO BOX 21126,   PHILADELPHIA PA 19114)
29179650    +Macys/FDSB,   9111 Duke Dr,   Mason, OH 45040-8999
29179651    +New Century Financial Service,   110 S Jefferson Rd,   Ste 104,   Whippany, NJ 07981-1038
29179652    +Palisades Collection, LLC,   210 Sylvan Ave,   Englewood Cliffs, NJ 07632-2524
29179653    +Reallinx,   PO Box 840527,   Dallas, TX 75284-0527
29179656    +TN DEPT LBR WRK FRC DEV,   C/O TN ATTY GEN BK UNIT,   PO BOX 20207,   NASHVILLE, TN 37202-4015
29179657    +TN DEPT REVENUE,   C/O TN ATTY GEN BK UNIT,   PO BOX 20207,   NASHVILLE, TN 37202-4015
29179655    +Thrift Investment Corp,   720 King George Post Rd,   Fords, NJ 08863-1985
29180432    +U.S. Attorney,   c/o USDOJ Tax Division,   P.O. Box 14198,   Washington, DC 20044-4198
29179658    +Union County Special,   2 Broad St,   Elizabeth, NJ 07201-2202
```

The following entities were served by electronic transmission on May 21, 2009.
```
29179654    +E-mail/Text: ebn@phinsolutions.com                 RJM Acq., LLC,   575 Underhill Blvd,
             Ste 2,   Syosset, NY 11791-3426
                                                                                  TOTAL: 1
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 22, 2009**                            **Signature:**   _Joseph Speetjens_