**Dated: June 02, 2009**
**The following is SO ORDERED.**

_____
G. Harvey Boswell
**UNITED STATES BANKRUPTCY JUDGE**

---

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re  Eihab Mohamed Suliman                Case No.  **09-11213**

Debtor(s).                                   Chapter  **7**

### ORDER CLOSING CASE

It appearing to the Court that this case was heretofore dismissed and should now be closed; now therefore, the Bankruptcy Court Clerk is authorized to administratively close this case.

closingcasebkcasedismissedco0140104