**Dated: June 02, 2009**
**The following is SO ORDERED.**

_____
G. Harvey Boswell
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
_____

In re  Eihab Mohamed Suliman                Case No. | **09-11213**

Debtor(s).                                  Chapter **7**
_____

**ORDER CLOSING CASE**
_____

It appearing to the Court that this case was heretofore dismissed and should now be closed; now therefore, the Bankruptcy Court Clerk is authorized to administratively close this case.

closingcasebkcasedismissedco0140104

# CERTIFICATE OF NOTICE

```
District/off: 0651-1          User: valeta                Page 1 of 1                  Date Rcvd: Jun 02, 2009
Case: 09-11213                Form ID: pdfbnc02           Total Served: 7

The following entities were served by first class mail on Jun 04, 2009.
db           +Eihab Mohamed Suliman,    1774 Hwy 22,   Mc Kenzie, TN 38201-1102
aty          +Charles C. Exum,   105 South Highland,   Jackson, TN 38301-6107
aty          +Steven Lee Lefkovitz,   Lefkovitz & Lefkovitz,   618 Church Street,   #410,
              Nashville, TN 37219-2452
tr            Jesse H. Ford, III,   P.O. Box 3030,   Jackson, TN  38303-3030
cr           +Federation of State Medical Boards,   400 Fuller Wiser Road, Ste. 300,   Euless, TX 76039-3856
cr           +National Board of Medical Examiners,   3750 Market Street,   Philadelphia, PA 19104-3190

The following entities were served by electronic transmission on Jun 03, 2009.
ust          +E-mail/Text: ustpregion08.me.ecf@usdoj.gov                             U.S. Trustee,
              Office of the U.S. Trustee,   One Memphis Place,   200 Jefferson Avenue, Suite 400,
              Memphis, TN 38103-2383
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 04, 2009**                    **Signature:** _Joseph Speetjens_